IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY TED NASH, | No. CR-F-92-5167 REC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR DEFAULT AS MOOT |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The court hereby denies petitioner's motion for default as moot, the United States having filed its opposition to petitioner's motion for modification of imposed term of imprisonment on July 13, 2005. Petitioner shall file his reply to the United States' opposition within 30 days of the filing date of this order.

IT IS SO ORDERED.

**Dated: July 13, 2005**          /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE

1