IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY TED NASH,<br><br>       Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | NO. CV-F-05-1433 REC HC<br>(NO. CR-F-92-5167 EDP)<br><br>ORDER STRIKING SUPPLEMENTAL<br>MEMORANDUM IN SUPPORT OF<br>MOTION FOR TIME SERVED (Doc.<br>510) |

On November 8, 2005, petitioner Johnny Ted Nash filed a motion for resentencing pursuant to the All Writs Act, 28 U.S.C. § 1651(a). By Order filed on November 17, 2005, the court dismissed this motion for lack of jurisdiction. Judgment for respondent was entered on November 17, 2005.

On May 18, 2006, petitioner filed a "Supplemental Memorandum in Support of Motion for Time Served To Incorporate the Statute 18 U.S.C. § 3742".

The court hereby strikes this supplemental memorandum. As noted, the motion for resentencing has been dismissed.

1

1 | Therefore, there is no motion pending before the court to which
2 | the supplemental memorandum relates.
3 |     IT IS SO ORDERED.
4 | **Dated:  May 22, 2006**                    /s/ Robert E. Coyle
  | 668554                                  UNITED STATES DISTRICT JUDGE