```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
```

**UNITED STATES OF AMERICA**        )
                                    )
       v.                           ) Case No. CR-F-93-5013 EDP
                                    )         CR-F-92-5167 EDP
**JOHNNY TED NASH**                  )
                                    )
       Defendant.                    )

## ORDER

    **BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Johnny Ted Nash, to time served, and commencement of a 10-year term of supervised release previously imposed.  The Court finds:

    1.  Defendant, Johnny Ted Nash, was convicted of violating 18 U.S.C. § 3146(a) and (b)(A)(i), Failure to Appear, and 21 U.S.C. § 841(a) and 846, Conspiracy to Manufacture a Controlled Substance.

    2.  He was sentenced on April 25, 1994, in the United States District Court for the Eastern District of California, to a 360-month term of imprisonment followed by a 10-year term of supervised release.

    3.  Mr. Nash's projected release date is January 26, 2019, via Good Conduct Time, but he is not expected to survive to that date.

    4.  Mr. Nash, age 65, has been diagnosed with metastatic colon cancer.  He is an in-patient on a skilled nursing unit and receives intravenous fluid and nutritional feeding due to dehydration and weakness.  He is confined to a wheelchair and requires assistance with all of his Activities of Daily Living. He experiences episodes of nausea, vomiting, urinary retention, and constipation.  His increasing pain and discomfort requires frequent adjustments in his pain management plan.  His prognosis is poor and his life expectancy is estimated not to exceed six months.

    5.  Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Bureau of Prisons contends, and this Court agrees, that the

defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the 10-year term of supervised release previously imposed.

**DONE AND ORDERED THIS 18th DAY OF FEBRUARY 2009.**

/s/ OLIVER W. WANGER
Judge
UNITED STATES DISTRICT COURT