# ORDER TERMINATING TERM OF SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE - NOTICE OF DEATH

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:92CR05167 and** |
| | ) | **1:93CR05013** |
| **Johnny Ted Nash** | ) | |
| | ) | |

On February 20, 2009, the above-named was placed on Supervised Release for a period of 10 years.

On March 25, 2009, this office was notified by the supervisee's daughter Sherri Nash-Tice that  supervisee was confirmed dead by Dr. Lisa Estelle Lamberth on March 25, 2009 (copy of the notification is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**United States Probation Officer**

Dated:        May 14, 2009
              Fresno, California
              jtp

**REVIEWED BY:**      /s/ Hubert J. Alvarez
                     **HUBERT J. ALVAREZ**
                     **Supervising United States Probation Officer**

1

**Re: Johnny Ted Nash**
   **Docket Number:   1:92CR05167 and 1:93CR05013**
   **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that Supervisee Johnny Ted Nash is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.


IT IS SO ORDERED.

**Dated:   May 18, 2009**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG